U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

MAY 2 0 2026

JENNIFER P. LYONS, CLERK

BY_____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

JASON BISHOP

No. 2:26-Cr-00063-LEW

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
#### (Distribution and Possession with Intent to Distribute Controlled Substances)

On about February 2, 2026, in the District of Maine, the defendant,

**JASON BISHOP**

knowingly and intentionally distributed, and possessed with intent to distribute, controlled substances, including 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A) apply to the conduct described herein.

### COUNT TWO
#### (Distribution and Possession with Intent to Distribute Controlled Substances)

On about November 5, 2025, in the District of Maine, the defendant,

**JASON BISHOP**

knowingly and intentionally distributed, and possessed with intent to distribute, controlled substances, including a mixture or substance containing methamphetamine,

its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

## ALLEGATIONS TRIGGERING
## ENHANCED MANDATORY MINIMUM PENALTIES

Before the defendant, **JASON BISHOP**, committed the offense charged in Count One of this Indictment, he previously was convicted on about February 12, 2024, of unlawful trafficking in scheduled drugs, in violation of 17-A MRSA § 1103 (1-A) (A), in the Androscoggin County Criminal Court, Docket No. ANDCDCR202301030, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offenses and, accordingly, he is subject to the enhanced mandatory minimum penalty provisions of 21 U.S.C. § 841(b)(1)(A).

## FORFEITURE NOTICE

1.      Upon conviction of the drug offenses charged in Count One and Two of this Indictment, the defendant, **JASON BISHOP** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses, including $3210 in U.S. currency.

2.      If any property described in Paragraph 1 above as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant—

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

Signature Redacted – Original on file with the Clerk's Office

FOREPERSON

_____
Assistant United States Attorney
Date: MAY 20, 2026

3